IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02449-MSK-BNB

PETER GRAHAM SMITH,

Plaintiff,

v.

CHERI FISHER, d/b/a Behavioral Offender Services, and
LARIMER COUNTY PROBATION DEPARTMENT,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    The **Unopposed Motion to Stay All Proceedings** [Doc. # 25, filed 12/27/2012] is GRANTED, good cause having been shown;

      (2)    This case is STAYED pending the determination of Larimer County's Motion to Dismiss Plaintiff's Complaint; and

      (3)    The scheduling conference set for January 28, 2013, at 9:00 a.m., and all related deadlines are VACATED pending further order of the court.

DATED:  January 2, 2013