IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02449-MSK-BNB

PETER GRAHAM SMITH,

Plaintiff,

v.

CHERI FISHER, d/b/a Behavioral Offender Services, and
LARIMER COUNTY PROBATION DEPARTMENT,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Stay Proceedings Against Defendant Fisher Pending Termination of State or Local Enforcement Proceedings Pursuant to 42U.S.C. §2000a-3(c)** [docket no. 37, filed August 13, 2013] (the "Motion").

     IT IS ORDERED that the Motion is DENIED for failure to comply with D.C.COLO.LRCivR 7.1(A).

DATED:  August 19, 2013