IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-02449-MSK-BNB | Date: | September 3, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| PETER GRAHAM SMITH | *Sara J. Schielke* |
| **Plaintiff(s)** | |
| | |
| **v.** | |
| | |
| CHERI FISHER | *Denis K. Lane, Jr.* |
| LARIMER COUNTY PROBATION | *William V. Allen* |
| DEPARTMENT | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  10:31 a.m.

Appearance of counsel.

Argument presented on [42] Renewed Motion to Stay Proceedings Against Defendant Fisher Pending Termination of State or Local Enforcement Proceedings Pursuant to 42 U.S.C. § 2000a-3(c).

**ORDERED:   [42] Renewed Motion to Stay Proceedings Against Defendant Fisher Pending Termination of State or Local Enforcement Proceedings Pursuant to 42 U.S.C. § 2000a-3(c) is DENIED.**

Court in Recess:  10:41 a.m.   Hearing concluded.    Total time in Court:  00:10

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119