IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02449-MSK-BNB

PETER GRAHAM SMITH,

Plaintiff,

v.

CHERI FISHER, d/b/a Behavioral Offender Services, and
LARIMER COUNTY PROBATION DEPARTMENT,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Renewed Motion to Stay Proceedings** [Doc. # 42, filed 8/20/2013] (the "Motion to Stay"). I held a hearing this morning on the Motion to Stay and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Stay [Doc. # 42] is DENIED.

Dated September 3, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge