IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02449-MSK-BNB

PETER GRAHAM SMITH,

Plaintiff,

v.

LARIMER COUNTY PROBATION DEPARTMENT,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　IT IS ORDERED that **Plaintiff's Motion to Withdraw Claim for Injunctive Relief and for Defendant LCPD to be Permitted Extension of Time to File Reply to Plaintiff's Response as Modified** [Doc. #59, filed 10/17/2013] is GRANTED.

DATED:  January 9, 2014