**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02449-MSK-BNB

PETER GRAHAM SMITH,

    Plaintiff,

v.

LARIMER COUNTY PROBATION DEPARTMENT,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the electronic ORDER of Chief Judge Marcia S. Krieger entered on January 28, 2014 ADOPTING the Recommendation of the Magistrate Judge [Docket No. 62] granting the Defendant's Motion to Dismiss [Docket No. 38], it is

ORDERED that final judgment is entered in favor of Defendant Larimer County Probation Department and against Plaintiff Peter Graham Smith, who recovers nothing, the Complaint and this civil action are dismissed, and the case closed. It is further

ORDERED that costs are awarded to the defendant and against the plaintiff pursuant to procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, upon the filing of a bill of costs within 14 days of entry of judgment.

    Dated at Denver, Colorado this 31st day of January, 2014.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                By: s/Edward P. Butler
                                                Edward P. Butler, Deputy Clerk